## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wardell Davis,                                             Civil No. 19-1610 (DWF/ECW)

          Plaintiff,

v.                                                       **ORDER OF DISMISSAL**
                                                           **WITH PREJUDICE**

Valmont Industries, Inc.,

          Defendant.

Based upon the Stipulation of Dismissal With Prejudice filed by the Parties on August 4, 2020, (Doc. No. [21]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear its own costs.

Dated: August 4, 2020                        s/Donovan W. Frank
                                               DONOVAN W. FRANK
                                               United States District Judge